1
2
3                                                                JS-6
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11   RICKEY LANCE HARVEY,                    Case No. CV 20-00374-DMG-KES
12                    Petitioner,
13          v.                                            **JUDGMENT**
14   XAVIER BECERRA,
15                    Respondent.
16

17

18          Pursuant to the Court's Order Accepting Report and Recommendation of the
19   U.S. Magistrate Judge,
20          IT IS ADJUDGED that the Petition is dismissed with prejudice as untimely.
21
22   DATED:   January 4, 2021            _____
23                                        DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE
24
25
26
27
28